THE STATE OF OHIO, APPELLEE, *v.* MCKINZIE, APPELLANT.

[Cite as *State v. McKinzie* (1996), 75 Ohio St.3d 557.]

(No. 95–2405—Submitted April 15, 1996—Decided June 5, 1996.)

*John F. Holcomb,* Butler County Prosecuting Attorney, *Daniel G. Eichel* and *John J. McCracken,* Assistant Prosecuting Attorneys, for appellee.

*H. Fred Hoefle,* for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.